NO. 07-04-0502-CR


 07-04-0503-CR


IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



DECEMBER 7, 2004



______________________________




FRANCISCO PEREZ, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE




_________________________________



FROM THE 47TH DISTRICT COURT OF POTTER COUNTY;



NO. 45,533-A, 45,534-A; HONORABLE HAL MINER, JUDGE



_______________________________



Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 Appellant Francisco Perez appeals from two proceedings in the 47th District Court. 
We dismiss for want of jurisdiction.

 Appellant was indicted in Potter County for indecency with a child by sexual contact
(trial court cause number 45,533-A; appellate cause number 07-04-00502-CR) and
aggravated sexual assault of a child (trial court cause number 45,534-A; appellate cause
number 07-04-00503-CR). By orders dated March 25, 2004, both causes were dismissed
because of re-indictments. On October 8, 2004, notice of appeal was filed as to each trial
court proceeding. We have abated each appellate proceeding pending determination of
appellate jurisdiction. 

 In a criminal case, appeal is perfected by timely filing a notice of appeal. Tex. R.
App. P. 25.2(b). As is relevant to these proceedings, the notice of appeal must be filed
within 30 days after the day the trial court enters an appealable order. TRAP 26.2(a). An
untimely-filed notice of appeal will not invoke the jurisdiction of the court of appeals. See
State v. Riewe, 13 S.W.2d 408, 411 (Tex.Crim.App. 2000). Thus, if an appeal is not timely
perfected, a court of appeals can take no action other than to dismiss the appeal. Slaton
v. State, 981 S.W.2d 208, 210 (Tex.Crim.App. 1998); Olivo, 918 S.W.2d at 523-25.

 Appellant's notices of appeal were not timely filed. This court does not have
jurisdiction over the appeals. Slaton, 981 S.W.2d at 210; Olivo, 918 S.W.2d at 523. 

 The appeals are dismissed for want of jurisdiction. Tex. R. App. P. 39.8, 40.2, 43.2. 


 Phil Johnson

 Chief Justice



Do not publish.



08th DISTRICT COURT OF POTTER COUNTY;

NO. 91,411-E; HONORABLE DOUGLAS WOODBURN, PRESIDING
_______________________________

ORDER DISMISSING APPEAL
                                       _______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
          Appellant, by and through her attorney, has filed a motion to dismiss. Without
passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate
Procedure 42.1(a)(1) and dismiss the appeal. Having dismissed the appeal at appellant’s
request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


                                                                           Brian Quinn
                                                                          Chief Justice